

**NUMBER 13-17-00482-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**KENNETH NIOUS,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                               **Appellee.**

---

**On appeal from the 28th District Court
of Nueces County, Texas.**

---

**ORDER OF ABATEMENT**

**Before Chief Justice Valdez and Justices Contreras and Benavides
Order Per Curiam**

This cause is before the Court because the court reporter, Rebecca Rendon, has failed to timely file the reporter's record.   The reporter's record in this cause was originally due to be filed on October 16, 2017.   On December 4, 2017, the Court notified the reporter that the record had not been filed and directed the reporter to file the record within ten days.   To date, the reporter's record has not been filed.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(2). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellant has abandoned his appeal. If it is determined that appellant has not abandoned his appeal, the court shall further determine if appellants' attorney of record continues to represent appellant and will diligently pursue this appeal.

The court shall further determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Texas Rules of Appellate Procedure 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this the
12th day of January, 2018.

2